UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH J. CUMMINGS,

    Defendant.

Case No. 07 CR031

[18 U.S.C. §§ 922(a)(6) and 924(a)(2)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.     On or about August 22, 2005, in Milwaukee County, in the State and Eastern District of Wisconsin,

**JOSEPH J. CUMMINGS,**

in connection with his acquisition of two firearms from Badger Outdoors, Inc., 2339 South 43rd Street, Milwaukee, Wisconsin, a federally licensed firearms dealer, knowingly made a false and fictitious oral and written statement to Badger Outdoors, Inc., which was likely to deceive Badger Outdoors, Inc., as to a fact material to the lawfulness of the sale and acquisition of said firearms under the provisions of Chapter 44 of Title 18, United States Code.

2.     In particular, in connection with the purchase of the firearms listed in paragraph three below, Joseph J. Cummings falsely stated on the Firearms Transaction Record (ATF Form 4473) that he was the actual buyer of the firearms when, in fact, as Cummings knew, he was purchasing

1

the firearms for another person.

3. The firearms are described as a Hi-Point 9mm pistol, bearing serial number P12661044, and a Llama .45 caliber pistol, bearing serial number 710411864.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

FOREPERSON
Date: 2-6-07

STEVEN M. BISKUPIC
United States Attorney